```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
Multi Fruit USA, Inc.,               :
                                     :
                                     :    23 CV 8443 (LAP)
                    Plaintiff(s),    :
                                     :         ORDER
        -against-                    :
                                     :
M/V Ever Shine, et al.,              :
                                     :
                                     :
                    Defendant(s).    :
                                     :
-------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

       ORDERED that counsel are directed to appear via telephone on March 26, 2024 at 12:00 pm for a Pretrial conference in the above action.  The dial-in for the conference is (877) 402-9753, access code 6545179.

SO ORDERED.

_____
LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: March 19, 2024

New York, New York